# IN THE SUPREME COURT OF THE STATE OF DELAWARE

PAUL LACOMBE, §
§ No. 284, 2018
Defendant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 1112018546 (N)
STATE OF DELAWARE, §
§
Plaintiff Below, §
Appellee. §

Submitted: February 6, 2019
Decided: February 20, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 20th day of February, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its April 30, 2018 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice